```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE PUDA COAL SECURITIES INC.,        :      11-cv-2598 (KBF)
et al. LITIGATION                                :      and all member and related
:      cases
:
:      ORDER
This document relates to: ALL ACTIONS     :
:
------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The Court has received plaintiffs' motion to enter default judgment as to defendants Puda Coal, Inc. ("Puda") and Ming Zhao ("Zhao"). (ECF No. 395.)

The first complaint in this securities class action was filed on April 15, 2011 against, inter alia, Puda and Zhao. (ECF No. 1.) On February 9, 2012, plaintiffs filed a consolidated complaint. (ECF No. 47.) On March 9, 2012, Puda's counsel moved to withdraw; the Court granted that motion on March 16, 2012. (ECF Nos. 50–53, 56.) On March 15, 2012, plaintiffs served Puda with the summons and complaint by service on its registered agent for service of process in the State of Delaware. (ECF No. 59.) On October 18, 2012, plaintiffs served Zhao via the Hague Convention of Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. (ECF No. 138; Decl. of Laurence Rosen ¶ 5, ECF No. 397.)

On March 15, 2013, the Clerk of Court entered certificates of default as to Puda and Zhao, thus certifying that defendants have not filed an answer or

otherwise moved with respect to the complaint. (ECF Nos. 149–151.) On July 7, 2014, plaintiffs filed the instant motion for a default judgment. (ECF No. 395.)

Accordingly, defendants Puda and Ming Zhao shall appear and show cause why default judgment shall not enter against them on **Wednesday, September 3, 2014, at 3:30 p.m.** The Court warns defendants that, should they fail to appear for this show cause hearing, the Court may enter default judgment against them.

Plaintiffs shall also appear at the hearing, and shall further provide any additional documentation in support of their claim for $236.7 million in monetary damages prior to the show cause hearing. This shall be plaintiffs' final opportunity to provide support for such claims.

Plaintiffs shall serve a copy of this order and a copy of their motion to enter default judgment and supporting papers on defendants no later than two weeks before the hearing, or **Wednesday, August 20, 2014**. Plaintiff shall file proof of service on ECF.

SO ORDERED.

Dated:   New York, New York
         July *10*, 2014

                                    _____
                                         KATHERINE B. FORREST
                                         United States District Judge