```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE PUDA COAL SECURITIES INC.,      :    11cv2598 (DLC)
et al. LITIGATION                     :    and all member and
                                      :    related cases
This document relates to: ALL ACTIONS.:
                                      :    ORDER
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :    15cv2304 (DLC)
                       Plaintiff,     :
          -v-                         :
                                      :
MAQUARIE CAPITAL (USA) INC., ET AL.,  :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On November 22, 2016, a telephone conference was held with lead counsel for the plaintiffs and counsel for defendant Moore Stephens, P.C. ("MSPC") regarding the plaintiffs' motion for preliminary approval of a proposed class-action settlement with MSPC. Accordingly, it is hereby

ORDERED that the plaintiffs shall submit, by December 2, a supplemental memorandum of law with revised proposed notices, as well as a supplemental preliminary approval order to reflect these revisions. The plaintiffs shall hand-deliver a courtesy copy of these submissions no later than December 2.

Dated:   New York, New York
         November 22, 2016

_____
DENISE COTE
United States District Judge